UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WAYNE MONT FAIRSE,<br><br>           Petitioner,<br>  v.<br><br>STATE OF NEVADA, *et al.*,<br><br>           Respondents. | Case No. 3:25-cv-00731-MMD-CLB<br><br>ORDER |

*Pro se* Petitioner Wayne Mont Fairse has filed an application for leave to proceed *in forma pauperis* ("IFP") and a Motion for Postconviction Habeas Corpus Sentence Modification. (ECF Nos. 1 ("IFP Application"), 1-1 ("Motion").) Based on Fairse's Financial Certificate, the Court finds that good cause exists to grant the IFP Application. (*See* ECF No. 4.) However, Fairse's Motion, which challenges Fairse's state judgment of conviction, has not been filed on the appropriate form or in substantial compliance with the form. Accordingly, Fairse is directed to file a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 on the Court's form.[1] In doing so, Fairse is advised to follow the instructions on the form and place the case number, 3:25-cv-00731-MMD-CLB, in the designated space.

It is therefore ordered that the IFP Application (ECF No. 1) is granted.

It is further ordered that on or before January 16, 2026, unless more time is requested and approved, Fairse must file a Petition for Writ of Habeas Corpus under 28

---

[1] Fairse remains responsible at all times for calculating the applicable statute of limitations. By ordering Fairse to file a § 2254 Petition, the Court makes no finding or representation that either Fairse's Motion or § 2254 Petition will be considered timely.

1 | U.S.C. § 2254. Fairse's failure to timely comply with this Order will result in the dismissal
2 | of this action without prejudice and without further advance notice.
3 |     It is further ordered that the Clerk of Court send Fairse a blank copy of the form
4 | Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 along with instructions.
5 |     DATED THIS 16th Day of December 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE